Abingdon Bank and Trust Company of Abingdon, Illinois, Appellee, v. H. C. Bulkeley et al., Appellants.

Gen. No. 9,676.

Heard in this court at May term, 1941; opinion filed August 7, 1941; rehearing denied December 15, 1941. Kenworthy, Shallberg & Harper, for certain appellants; S. R. Kenworthy and R. G. Graham, of counsel; Burrel Barash, for appellee. Opinion by PRESIDING JUSTICE WOLFE. ''Not to be published in full.''